NEBRASKA CENTRAL BUILDING & LOAN ASSOCIATION V. NETTIE SHUMWAY, APPELLANT: CLAUDE C. FLANSBURG, APPELLEE.

FILED NOVEMBER 14, 1930. No. 27523.

*Morrow & Morrow*, for appellant.

*Claude C. Flansburg, pro se.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an appeal by Nettie Shumway, defendant below, from a decree of the district court for Scotts Bluff county awarding appellee Claude C. Flansburg a lien upon certain real estate owned by defendant Shumway.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.